JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY D. GARDNER,<br><br>    Plaintiff<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. CV 21-191-KS<br><br>[~~PROPOSED~~] JUDGMENT |

   Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Dkt. No. 17), IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATED: September 24, 2021    _/s/ Karen L. Stevenson_

                             KAREN L. STEVENSON
                             UNITED STATES MAGISTRATE JUDGE

-1-